**Order entered February 7, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00829-CV

## BALTASAR D. CRUZ, Appellant

## V.

## VICTOR HERNANDEZ AND GUILLERMO MARTINEZ, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-18209**

## ORDER

Before the Court is appellant's February 6, 2023 unopposed motion for extension of deadline to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 8, 2023.

/s/    KEN MOLBERG
JUSTICE